77 A.3d 1256

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael MOORE, Petitioner.**

**No. 16 EM 2013.**

Supreme Court of Pennsylvania.

April 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

77 A.3d 1256

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Raymond H. DICKERSON, III, Petitioner.**

**No. 87 EM 2013.**

Supreme Court of Pennsylvania.

Aug. 29, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of August, 2013, the Petition for Review is **DENIED.**